```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

        v.                                  Criminal No. 13-cr-23-01-PB

Christian Gonzalez


ORDER

Re: Document No. 10, Motion to vacate sealed order and for release of defendant

Ruling: I remand the matter to the Magistrate Judge for a determination as to whether any representations in the motion would cause him to reconsider his decision. In remanding the matter, I do not mean to suggest that prior order should be revised. Instead, I intend merely to give the Magistrate Judge the opportunity to determine whether any of the new information included in the motion would affect his ruling.


Date: April 25, 2013           /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge


Cc: Counsel of Record
     US Probation
     US Marshal