UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.                                     Case No. 13-cr-23-01-SM

Christian Gonzalez,
    Defendant

## O R D E R

Defendant Gonzalez's Motion to Continue the final pretrial conference and trial until the September 2013 trial period is granted (document no. 25). Trial has been rescheduled for September 17, 2013 trial period. Defendant Gonzalez shall file a waiver of speedy trial rights not later than June 10, 2013. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for September 4, 2013 at 11:30 a.m.

Jury selection will take place on September 17, 2013 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

May 31, 2013

cc: Michael Iacopino, Esq.
     Debra Walsh, AUSA
     U.S. Marshal
     U.S. Probation